UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS, ET AL.,

              Plaintiffs,

    - against -

ROCK-IT CONTRACTING, INC.,

              Defendant.
―――――――――――――――――――――――――――――

09 Civ. 9479 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Peck dated March 26, 2010, after an inquest on damages following this Court's determination that the plaintiff was entitled to a default judgment against the defendant. No objections have been filed to the Report and Recommendation and the time for such objections has passed. The Court has also reviewed the Report and Recommendation and finds that it should be adopted.

    The Court therefore adopts the Report and Recommendation and directs the Clerk to enter Judgment in accordance with that Report and Recommendation, namely in the total amount of $49,781.66, with interest at the rate of $5.30 for each day after March 26, 2010.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10
```

The Clerk is directed to enter Judgment accordingly and to close this case.

**SO ORDERED.**

Dated:   New York, New York
         April 16, 2010

_____
John G. Koeltl
United States District Judge